# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: PEREZ, ANTONIO V  § Case No. 10-70934
  §
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

 Paul J Mansdorf, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $24,275.00           Assets Exempt: $26,075.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,548.04     Claims Discharged
                                               Without Payment: $1,769,668.89

Total Expenses of Administration: $6,452.13

---

 3) Total gross receipts of $ 8,000.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,452.13 | 6,452.13 | 6,452.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,768,631.00 | 13,505.93 | 13,505.93 | 1,548.04 |
| **TOTAL DISBURSEMENTS** | $1,768,631.00 | $19,958.06 | $19,958.06 | $8,000.17 |

4) This case was originally filed under Chapter 7 on September 23, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2012          By: /s/Paul J Mansdorf
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1965 MUSTANG | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J Mansdorf | 2100-000 | N/A | 1,550.01 | 1,550.01 | 1,550.01 |
| Paul J Mansdorf | 2200-000 | N/A | 32.64 | 32.64 | 32.64 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Pinnacle Law Group, LLP | 3210-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pinnacle Law Group, LLP | 3220-000 | N/A | 94.48 | 94.48 | 94.48 |
| West Auctioneers, Inc. | 3620-000 | N/A | 500.00 | 500.00 | 500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,452.13 | 6,452.13 | 6,452.13 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Serrano El Dorado Owners Assoc. | 7100-000 | 3,420.00 | 3,426.38 | 3,426.38 | 392.73 |
| 2 | Horacio Candia | 7100-000 | 7,500.00 | 9,500.00 | 9,500.00 | 1,088.88 |
| 3 | National Recovery 1, LLC | 7100-000 | 0.00 | 579.55 | 579.55 | 66.43 |
| NOTFILED | HSBC MORTGAGE SERVICES | 7100-000 | 116,780.00 | N/A | N/A | 0.00 |
| NOTFILED | FMS INC | 7100-000 | 623.00 | N/A | N/A | 0.00 |
| NOTFILED | HOUSESHOLD GINANCE | 7100-000 | 116,780.00 | N/A | N/A | 0.00 |
| NOTFILED | GREEN VALLEY LAKE COMM ASSOC | 7100-000 | 1,487.00 | N/A | N/A | 0.00 |
| NOTFILED | HY CITE | 7100-000 | 1,575.00 | N/A | N/A | 0.00 |
| NOTFILED | PM LENDER SERVICES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SENTRY RECOVERY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RESURGENT CAPITAL | 7100-000 | 4,558.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | DSNB | 7100-000 | 623.00 | N/A | N/A | 0.00 |
| NOTFILED | LITTON LOAN SERVICING | 7100-000 | 468,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MACYS | 7100-000 | 623.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIBANK/SEARS | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | ATT | 7100-000 | 1,690.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC HOME LOANS/COUNTRYWIDE | 7100-000 | 333,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 8,993.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 6,180.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIMORTGAGE | 7100-000 | 102,000.00 | N/A | N/A | 0.00 |
| NOTFILED | COAST TO COAST | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | DCS | 7100-000 | 123,059.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 468,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,768,631.00 | 13,505.93 | 13,505.93 | 1,548.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70934  **Trustee:** (007400) Paul J Mansdorf
**Case Name:** PEREZ, ANTONIO V  **Filed (f) or Converted (c):** 09/23/10 (f)
  **§341(a) Meeting Date:** 11/03/10
**Period Ending:** 01/12/12  **Claims Bar Date:** 03/16/11

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account  Orig. Asset Memo: Imported from original petition Doc# 8 | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothes | 200.00 | 200.00 | DA | 0.00 | FA |
| 5 | CARTPENTERS FUND | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1965 MUSTANG  Objection to exemption - settled pursuant to compromise/order. Debtor pays $8K new funds and no exemption. | 2,000.00 | 0.00 | | 8,000.00 | FA |
| 7 | 1998 FORD RANGER | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1998 PONTIAC GRAND PRIX | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.17 | FA |
| 9 | Assets Totals (Excluding unknown values) | **$26,275.00** | **$200.00** | | **$8,000.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Attempting to auction MUSTANG - MT compel turnover - debtor refuses. §727 also pending

**Initial Projected Date Of Final Report (TFR):** December 15, 2011  **Current Projected Date Of Final Report (TFR):** September 19, 2011 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-70934 | | Trustee: | Paul J Mansdorf (007400) |
|---|---|---|---|---|
| Case Name: | PEREZ, ANTONIO V | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******05-65 - Money Market Account |
| Taxpayer ID #: | **-***5135 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/04/11 | {6} | Antonio V. Perez | Vehicle | 1129-000 | 8,000.00 | | 8,000.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,000.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,975.05 |
| 09/27/11 | 1001 | West Auctioneers, Inc. | Expenses per order 09/20/11 | 3620-000 | | 500.00 | 7,475.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,475.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,475.17 |
| 11/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 7,475.17 |
| 11/01/11 | | To Account #9200******0566 | | 9999-000 | | 7,475.17 | 0.00 |

| | | | ACCOUNT TOTALS | | 8,000.17 | 8,000.17 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 7,475.17 | |
| | | | Subtotal | | 8,000.17 | 525.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,000.17 | $525.00 | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70934  
**Case Name:** PEREZ, ANTONIO V  

**Taxpayer ID #:** **-***5135  
**Period Ending:** 01/12/12  

**Trustee:** Paul J Mansdorf (007400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/11 | | From Account #9200******0565 | | 9999-000 | 7,475.17 | | 7,475.17 |
| 12/09/11 | 101 | Pinnacle Law Group, LLP | Dividend paid 100.00% on $4,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,000.00 | 3,475.17 |
| 12/09/11 | 102 | Pinnacle Law Group, LLP | Dividend paid 100.00% on $94.48, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 94.48 | 3,380.69 |
| 12/09/11 | 103 | Paul J Mansdorf | Dividend paid 100.00% on $1,550.01, Trustee Compensation; Reference: | 2100-000 | | 1,550.01 | 1,830.68 |
| 12/09/11 | 104 | Paul J Mansdorf | Dividend paid 100.00% on $32.64, Trustee Expenses; Reference: | 2200-000 | | 32.64 | 1,798.04 |
| 12/09/11 | 105 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 1,548.04 |
| 12/09/11 | 106 | Serrano El Dorado Owners Assoc. | Dividend paid 11.46% on $3,426.38; Claim# 1; Filed: $3,426.38; Reference: | 7100-000 | | 392.73 | 1,155.31 |
| 12/09/11 | 107 | Horacio Candia | Dividend paid 11.46% on $9,500.00; Claim# 2; Filed: $9,500.00; Reference: | 7100-000 | | 1,088.88 | 66.43 |
| 12/09/11 | 108 | National Recovery 1, LLC | Dividend paid 11.46% on $579.55; Claim# 3; Filed: $579.55; Reference: | 7100-000 | | 66.43 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,475.17 | 7,475.17 | $0.00 |
| Less: Bank Transfers | 7,475.17 | 0.00 | |
| **Subtotal** | 0.00 | 7,475.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$7,475.17** | |

Net Receipts : 8,000.17  
Net Estate : $8,000.17  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******05-65** | 8,000.17 | 525.00 | 0.00 |
| **Checking # 9200-******05-66** | 0.00 | 7,475.17 | 0.00 |
| | $8,000.17 | $8,000.17 | $0.00 |

{} Asset reference(s)